UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUMMER THOMPSON,

 Plaintiff,          Case No. 1:15-cv-733

v.              HON. JANET T. NEFF

NATIONAL RECOVERY &
INVESTIGATION SERVICES, INC. and
RASHAAD KAHEEM WOODS,

 Defendants.
_____/

## ORDER OF DISMISSAL

This Court having sent to counsel for Plaintiff a Notice of Impending Dismissal (Dkt 5) and having heard no response:

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated: November 19, 2015       /s/ Janet T. Neff
                JANET T. NEFF
                United States District Judge